UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMMANUEL SEPULVEDA-RAMREZ, ET AL.,<br><br>Defendants. | CASE NO.: 22-CR-2007-RBM<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

**IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting set for October 7, 2022, at 9:00 a.m., be continued to November 4, 2022, at 9:00 a.m. The Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(1)(D) and 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED**.

Dated: 9/27/2022

**HON. RUTH BERMUDEZ MONTENEGRO**
UNITED STATES DISTRICT JUDGE